```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

ADVANCED CARE CENTER, et al., )
                              )
    Plaintiffs,               )    Civil Action No.
                              )    5:10-cv-437-JMH
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )    **MEMORANDUM OPINION & ORDER**
    Defendant.                )

               \*\*    \*\*    \*\*    \*\*    \*\*

This matter is before the Court on Plaintiffs' Motion for Voluntary Dismissal [DE 4]. Plaintiffs have requested relief under Fed. R. Civ. P. 41(a)(1)(A) which provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." The United States of America has neither filed an answer nor made a motion for summary judgment. Accordingly, Plaintiffs' request is well-taken, although no order of the Court is necessarily required to effect the relief they seek. Nonetheless, having considered the matter and being adequately advised, **IT IS ORDERED**:

    (1) that Plaintiffs' Motion for Voluntary Dismissal [DE 4] is **GRANTED**;

    (2) that Plaintiffs' Complaint is **DISMISSED** without prejudice;

(3) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This is the 14th day of January, 2011.

